# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/31/2026
CT Log Number 553243551

## Service of Process Transmittal Summary

**TO:** Tom Le
Experian
475 ANTON BLVD BLDG D
COSTA MESA, CA 92626-7037

**RE:** **Process Served in New York**

**FOR:** Experian Information Solutions, Inc. (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LEONARDO A SOLER vs. EXPERIAN INFORMATION SOLUTION INC |
| **DOCUMENT(S) SERVED:** | Summons With Endorsed Complaint |
| **COURT/AGENCY:** | Bronx County Civil Court, NY<br>Case # CV00165126BX |
| **NATURE OF ACTION:** | The plaintiff states there was a failure to provide proper services and return money |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/31/2026 at 15:19 |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after such service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | LEONARDO A SOLER<br>938 INTERVALE AVE<br>APT 2B<br>Bronx, NY 10459 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/01/2026, Expected Purge Date: 09/06/2026<br><br>Image SOP<br><br>Email Notification, April Williams april.williams@experian.com<br><br>Email Notification, Francesca Di Iorio francesca.diiorio@experian.com<br><br>Email Notification, Tom Le marina.velardi@experian.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Aug 31, 2026
**Server Name:** Juan Polanco

| | |
|---|---|
| Entity Served | EXPERIAN INFORMATION SOLUTIONS, INC. |
| Case Number | CV001651-26BX |
| Jurisdiction | NY |

| Inserts | | |
|---|---|---|
| | | |

**Civil Court of the City of New York**
**County of Bronx**

Index Number: **CV-001651-26/BX**

LEONARDO A SOLER
Plaintiff(s)
-against-
EXPERIAN INFORMATION SOLUTION INC
Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE: Where Cause of Action Arose

**TO BE SERVED ON DEFENDANT**

Plaintiff's Address (s) :
LEONARDO A SOLER
938 INTERVALE AVE
APT 2B
Bronx, NY 10459

To the named defendant (s)
EXPERIAN INFORMATION SOLUTION INC (Defendant), at c/o CT CORPORATION SYSTEM, 28 LIBERTY STREET, New York, NY 10005

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Bronx at the office of the Clerk of the said Court at **851Grand Concourse,** in the **County of Bronx, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $10,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: August 28, 2026

**Tanya Faye**
CHIEF CLERK

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: **Failure to provide proper services for $10,000.00. FAILURE TO RETURN MONEY. VIOLATION FCRA 15 USC 1681C-2 AND 1681N. FAILED TO BLOCK IDENITY THEFT INFO.FTC REPORT 187704171. NYPD 2025-041-9017. NYS DOS ID 1753428. AGENT: C T CORT, 28 LIBERTY ST, NY. ORIGINALLY FILED 06/29/2026 SC-001196-26/BX. REFILLED UNDER CPLR 205(A) DUE TO COURT ERROR. RECEIPT #37614, SC-001196-26/BX, FTC#187704171.**

***NOTE TO THE DEFENDANT***

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

*** NOTE TO THE SERVER OF THE SUMMONS***

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR. Section 130-1.1a)*

SIGN NAME:
PRINT NAME: LEONARDO A SOLER

**FEE PAID**

AUG 28 2026

Juan Polanco
5031534
2026/08/31 15:19:41